No. 124. PHILLIPS v. TEXAS. Motion for leave to file supplemental memorandum in support of petition for certiorari granted. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *A. L. Wirin, Fred Okrand, Joe Tonahill, Melvin Belli* and *Julius Lucius Echeles* for petitioner.

No. 184. DINAN ET AL. v. NEW YORK. County Court of New York, Westchester County. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *George W. Scapolito* and *Walter B. Solinger II* for petitioners. *Warren J. Schneider* for respondent.

No. 186. WONG KWAI SING, BY HIS NEXT FRIEND, WONG LUM SANG, v. DULLES, SECRETARY OF STATE. Motion to dispense with printing the petition and motion to substitute Christian A. Herter in the place of John Foster Dulles, deceased, granted. Motion to prepare and circulate copies of the record denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Verne O. Warner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 188. HOMAN MFG. CO., INC., v. ALL, DISTRICT DIRECTOR OF INTERNAL REVENUE. Motion to supplement the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *George B. Christensen* and *William T. Kirby* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for respondent.